AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida ▼

| | |
|---|---|
| JANICE THOMPSON, individually and on behalf of all others similarly situted, <br><br> _Plaintiff(s)_ <br> v. <br> CVS PHARMACY, INC., a Rhode Island corporation, <br><br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> 6:14-cv-2081-ORL-31-DAB <br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CVS Pharmacy, Inc.,
C T Corporation System
450 Veterans Memorial Parkway, Suite 7A
East Providence, RI 02914

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Stefan Coleman
Law Offices of Stefan Coleman, LLC
201 South Biscayne Boulevard, 28th Floor
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/19/14

_Signature of Clerk or Deputy Clerk_