**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JANICE THOMPSON, individually and on
behalf of all others similarly situated,

       Plaintiff,

vs.

CVS PHARMACY, INC., a Rhode Island
corporation,

       Defendants.
_____/

Case No. 6:14-cv-02081-GAP-DAB

## **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and by this stipulation signed by the parties, the parties hereby dismiss this action without prejudice as to both Plaintiff's individual claims and the claims of the putative class. Each party shall bear its own costs and expenses, including attorneys' fees.

Date:  March 25, 2015

  */s/ Benjamin H. Richman*

Benjamin H. Richman (admitted *pro hac vice*)
brichman@edelson.com
Rafey S. Balabanian (admitted *pro hac vice*)
rbalabanian@edelson.com
James Dominick Larry (admitted *pro hac vice*)
nlarry@edelson.com
Edelson PC
330 North LaSalle St., Suite 1300
Chicago, IL  60654
Telephone: (312) 589-6370
Facsimile:  (312) 589-6378

*Lead Trial Counsel for Plaintiff
Janice Thompson*

Respectfully submitted,

  */s/ David S. Almeida*

David S. Almeida (admitted *pro hac vice*)
dalmeida@sheppardmullin.com
Sheppard Mullin Richter & Hampton LLP
Three First National Plaza
70 West Madison Street, 48th Floor
Chicago, IL  60602
Telephone: (312) 499-6318
Facsimile:  (312) 499-4744

*Lead Trial Counsel for Defendant
CVS Pharmacy, Inc.*

Stefan Coleman
law@stefancoleman.com
Law Offices of Stefan Coleman, PLLC
201 S Biscayne Blvd, 28th Floor
Miami, FL 33131
Telephone: (877) 333-9427
Fax: (888) 498-9827

*Local Counsel for Plaintiff*
*Janice Thompson*

Mayanne Downs
Florida Bar No. 754900
mayanne.downs@gray-robinson.com
Jason A. Zimmerman
Florida Bar No. 0104392
jason.zimmerman@gray-robinson.com
GRAYROBINSON, P.A.
301 E. Pine Street, Suite 1400
Post Office Box 3068
Orlando, Florida 32802
Telephone: (407) 843-8880
Facsimile: (407) 244-5690

*Local Counsel for Defendant*
*CVS Pharmacy, Inc.*

## **CERTIFICATE OF SERVICE**

      WE HEREBY CERTIFY that on March 25, 2015, a true and correct copy of the foregoing **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                        */s/ David S. Almeida*
                                        David S. Almeida